UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Nelson, et al. v. Medtronic, Inc. et al.**<br>**08-cv-00481** | MDL NO. 08-1905 (RHK/JSM)<br><br>**AMENDED ORDER GRANTING**<br>**PLAINTIFFS' LEAD COUNSEL'S**<br>**MOTION TO WITHDRAW** |

---

Plaintiffs' Lead Counsel previously filed a Motion to Withdraw in this action, seeking the withdrawal of retained counsel for Plaintiffs Juan Cruz-Laureano, Pedro Cintron, Maria Mojica, Emmanuel Santiago Arce, Aurea Riveria-Bermudez, Walter Boldridge, and Judith Fehrmann. The Court granted that Motion and ordered that the Quetglas Law Firm and the Becnel Law Firm were no longer counsel of record for Plaintiffs in this action. (See Doc. No. 155.)

The Court has subsequently discovered that Plaintiffs' Lead Counsel's Motion did not list all of the co-counsel identified for Plaintiff(s) in the docket. As a result, the Court's Order did not expressly discharge the Quetglas Law Firm and the Becnel Law Firm's co-counsel, as was intended by Plaintiffs' Lead Counsel's Motion and by the Court.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Court's May 19, 2011 Order (Doc. No. 155) is **AMENDED** to clarify that *all* counsel of record are discharged from representing Plaintiffs Juan Cruz-

Laureano, Pedro Cintron, Maria Mojica, Emmanuel Santiago Arce, Aurea Riveria-Bermudez, Walter Boldridge, and Judith Fehrmann in this action.

Dated: July 6, 2011                                         s/ Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge